**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MARGO SETTTLES,** *et al.* | * |
| **Plaintiffs,** | * |
| v. | *   Case No.: 1:25-CV-01383-SAG |
| **MAYOR & CITY COUNCIL OF BALTIMORE,** *et al.* | * |
| | * |
| **Defendants.** | |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

The Mayor and City Council of Baltimore and Brandon M. Scott (hereinafter "Mayor Scott," the "City", or collectively "Defendants"), by and through undersigned counsel, pursuant to Fed R. Civ. P. 12(b)(6) hereby moves this Honorable Court to dismiss the Complaint against them for the following reasons:

1. Counts I and II must be dismissed against the Mayor & City Council of Baltimore because Plaintiffs cannot show that their employment was terminated through an official policy or custom, or that Mayor Scott was the final policymaker for employment decisions.

2. Counts I and II against Brandon M. Scott in his official capacity must be dismissed as these are duplicative of the counts against the Mayor & City Council of Baltimore.

3. Counts I and II against Brandon M. Scott in his individual capacity must be dismissed as Mayor Scott is entitled to qualified immunity for actions taken in a "legal grey area"; *see Lane v. Anderson*, 660 F. App'x 185, 190 (4th Cir. 2016).

1

4. Count III must be dismissed against all Defendants as Plaintiffs have pled no discernible source of public policy that is not already remedied through other statutes.

5. Count V must be dismissed against all Defendants as the facts as alleged do not satisfy the elements of tortious interference with prospective business relations.

6. The attached Memorandum of Law supports this Motion.

                    Respectfully submitted,

                    Ebony M. Thompson, Esq.
                    **CITY SOLICITOR**

                    _____/s/_____
                    Elisabeth B. Hofmann, Esq.
                    Federal Bar No.: 22099
                    Deputy Division Chief
                    Labor, Employment & Personnel Division
                    Baltimore City Department of Law
                    100 N. Holliday Street
                    Baltimore, Maryland 21202
                    (410) 545-7391
                    elisabeth.hofmann@baltimorecity.gov

                    *Attorney for Defendants, Brandon M. Scott and Mayor & City Council of Baltimore*

**CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that on this 16th day of June, 2025, the foregoing Motion was filed in accordance with the Electronic Filing Requirements and Procedures as established by the U.S. District Court for the District of Maryland.

                    _____/s/_____
                    Elisabeth B. Hofmann