## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARGO SETTLES, et al.,** | |
| *Plaintiffs,* | |
| **v.** | **Case No.**: **1:25-cv-01838-SAG** |
| **BRANDON M. SCOTT, et al.,** | |
| *Defendants.* | |

## JOINT INITIAL REPORT REGARDING LACK OF UNANIMOUS CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

Pursuant to Rule 73 of the Federal Rules of Civil Procedure and this Court's January 21, 2026 Scheduling Order (ECF No. 18), the parties, by and through their respective undersigned counsel, respectfully submit that, at this time, there is not unanimous consent for this case to proceed before a United States Magistrate Judge.

Respectfully submitted,

_____/s/_____
Timothy F. Maloney (Fed. Bar ID #03381)
tmaloney@jgllaw.com
Kaitlin E. Leary (Fed. Bar ID #31487)
kleary@jgllaw.com
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
301-220-2200
*Counsel for Plaintiffs*

_____/s/_____
Lisa Y. Settles (Federal Bar No. 25838)
Elisabeth B. Hofmann (Federal Bar No. 22099)
BALTIMORE CITY LAW DEPARTMENT
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
Telephone: (410) 396-1413
lisa.settles@baltimorecity.gov
elisabeth.hofmann@baltimorecity.gov
*ATTORNEYS FOR THE DEFENDANTS*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2026, a copy of the foregoing was served on all counsel of record via the Court's ECF system.

_/s/_
_____
Kaitlin E. Leary
