**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **MARGO SETTLES,** *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | |
| **MAYOR & CITY COUNCIL OF BALTIMORE,** *et al.* | * | |
| Defendants. | * | Civil Action No.: 1:25-cv-01838-SAG |

> **GRANTED**
>
> /s/     February 5, 2026
>
> The Honorable Stephanie A. Gallagher
> United States District Judge

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT REQUEST FOR MODIFICATION
OF INITIAL SCHEDULING ORDER**

Pursuant to this Court's January 21, 2026 Scheduling Order (ECF 18), the parties, by and through their respective undersigned counsel, respectfully request modification of the Initial Scheduling Order as follows:

| DESCRIPTION | CURRENT DEADLINE | REVISED DEADLINE |
|---|---|---|
| Discovery deadline; Submission of Status Report | June 5, 2026 | June 19, 2026 |
| Requests for Admission | June 12, 2026 | June 26, 2026 |
| Dispositive Pretrial Motions | July 16, 2026 | July 20, 2026 |

Respectfully submitted,

/s/ (filed electronically)
Timothy F. Maloney (Fed. Bar ID #03381)
tmaloney@jgllaw.com
Kaitlin E. Leary (Fed. Bar ID #31487)
kleary@jgllaw.com
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
301-220-2200
**COUNSEL FOR THE PLAINTIFFS**

/s/ (filed electronically)
Lisa Y. Settles (Federal Bar No. 25838)
Elisabeth B. Hofmann (Federal Bar No. 22099)
BALTIMORE CITY LAW DEPARTMENT
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
Telephone: (410) 396-1413
lisa.settles@baltimorecity.gov
elisabeth.hofmann@baltimorecity.gov
**COUNSEL FOR THE DEFENDANTS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 4th day of February 2026, a copy of the foregoing Joint Request for Modification of Initial Scheduling Order was electronically filed in the U.S. District Court for the District of Maryland (Northern Division) and electronically served upon counsel of record through the Court's CM/ECF system.

/s/ (filed electronically)
Lisa Y. Settles